# IN THE SUPREME COURT OF THE STATE OF NEVADA

HARVEY R. MELOHN, INDIVIDUALLY; DEVON S. MELOHN, INDIVIDUALLY; CALVIN CRIDDLE, INDIVIDUALLY; RANDY JOHNSON, INDIVIDUALLY; GREGORY MCCABE, INDIVIDUALLY; LISA MCCABE, INDIVIDUALLY; MARK PHILLIPS, INDIVIDUALLY; TIMMY L.W. YOUNG, INDIVIDUALLY; AND CLARIBEL S. YOUNG, INDIVIDUALLY, INCLUSIVE,
Appellants,

vs.

LIFESTYLE HOMES, INC., A NEVADA CORPORATION; PIN OAK HOMES, LLC, A NEVADA LIMITED LIABILITY COMPANY; WOODLAND VILLAGE PHASE 12, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND WOODLAND VILLAGE HOMES, INC., A NEVADA CORPORATION,
Respondents.

No. 72043

FILED

APR 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Based on appellants' voluntary withdrawal of their appeal, the court takes no action in regard to appellants' response to this court's order to show cause.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-11826

cc: Hon. Barry Breslow, District Judge
Robert Eisenberg, Settlement Judge
Shinnick, Ryan & Ransavage P.C.
Hoy Chrissinger Kimmel Vallas PC
Washoe District Court Clerk